DEMETRIUS COOPER,

        Plaintiff,

v.

TONYA WESNER, DR. KERRY KUFFENKAN, ERIN WEGNER, HALEY BASSUENER, JESSE LANING, SHELLI BAUERSFELD, JESSE HOSFELT, GWENDOLYN VICK, WAUPUN MEMORIAL HOSPITAL, DR. KAREN E. REYNOLDS, DR. SYED NABEEL ZAFAR, and AMERGIS,

        Defendants.

ORDER

24-cv-252-jdp

    Plaintiff Demetrius Cooper, proceeding without counsel, alleges that defendants at Waupun Correction Institution and a nearby hospital deprived him of medical care for a painful biliary condition that required hospitalization and surgery. Dkt. 15. Cooper proceeds on these claims: (1) an Eighth Amendment medical care claim for damages against defendants Dr. Karen Reynolds, Dr. Kerry Kuffenkan, Jesse Hosfelt, Haley Bassuener, Erin Wegner, Tonya Wesner, Dr. Syed Nabeel Zafar, Shelli Bauersfeld, Jesse Laning, and Gwendolyn Vick; (2) a claim for damages under the Emergency Medical Treatment and Active Labor Act against defendant Waupun Memorial Hospital; and (3) a Wisconsin-law medical negligence claim for damages against Dr. Reynolds, Dr. Kuffenkan, Hosfelt, Bassuener, Wegner, Wesner, Dr. Zafar, Bauersfeld, Laning, Vick, and Amergis. *See* Dkt. 22; Dkt. 33; Dkt. 63.

    Cooper moves to transfer venue to the Eastern District of Wisconsin pursuant to 28 U.S.C. § 1404(a). Dkt. 70. The record reflects that venue is appropriate in the Eastern District under 28 U.S.C. § 1391(b)(1)–(2). No defendant has objected to transfer. Dkts. 74–76, 78. Accordingly, I will grant Cooper's motion and transfer venue to the Eastern

District. (Cooper appears to ask me to transfer the case with a specification that no magistrate judge be assigned to his case in the Eastern District. *See* Dkt. 70 at 1. I cannot provide that relief.)

ORDER

IT IS ORDERED that:

1. Plaintiff Demetrius Cooper's motion to transfer venue, Dkt. 70, is GRANTED, with the result that this case is TRANSFERRED to the Eastern District of Wisconsin.

2. Defendant Zafar is to be recaptioned under the name "Dr. Syed Nabeel Zafar" before the case is transferred.

3. The clerk is directed to close this case.

Entered July 9, 2025.

BY THE COURT:

/s/

_____
JAMES D. PETERSON
District Judge